

Mic ✓
@MicMedia

- Home
- About
- Videos
- Mic Check Newsletter
- Instagram feed
- Photos
- Events
- **Posts**
- Notes
- Community

Create a Page

👍 Like    📶 Follow    ➤ Share    ...

**Mic**
June 7, 2017 · 🌐

He allegedly wrote 14,000 unnecessary oxycodone prescriptions.



**Doctor arrested for allegedly writing thousands of unnecessary prescriptions**

The doctor, 81-year-old Martin Tesher, faces up to 20 years in prison for a charge of distributing a controlled substance.

MIC.COM

👍 Like        💬 Comment        ➤ Share

😊😠😮 614                                    Top Comments ▼

179 Shares                                   69 Comments

Write a comment...

**Johnny R Cockrell** I take Oxycodone for lower back pain, have taken it for some years. I have been through all other treatments and nothing helped. This medication helps in reducing the pain. I only take it when I need it and when I don't I don't.
I don't like taking any medication of any kind but, this works for me, everyone is different when it comes to medication.

👍 6

Like · Reply · 35w

↳ 4 Replies



**Mic** ✓
@MicMedia

- Home
- About
- Videos
- Mic Check Newsletter
- Instagram feed
- Photos
- Events
- **Posts**
- Notes
- Community

**Create a Page**

👍 Like   🔊 Follow   ➤ Share   ⋯

 **Kathy Wilson** Pain doctors are the biggest drug dealers in this country!
Like · Reply · 35w   👍 26
↳ 3 Replies

 **Elizabeth Brame** I take pain medicine I am cancer saviour. The kemo gave me nerapathy on my feet's and hands plus I have fibromyalgia and some pain in my back I try my best to take it as needed but I'm in so much pain sometimes I can't take it anymore so When the docto... See More
Like · Reply · 35w   👍 1
↳ 2 Replies

 **Kim James** give the elderly gentle man a break. there should be oversight over Drs prescribing such meds way before 14000 Rx. He is 81and still writing such scrips????
Like · Reply · 35w · Edited   👍 2

 **Julie Mooney** Its about time..but he will get out of it, you watch..Big Pharma is responsible for this. Nothing wrong with painkillers, they have a specific purpose...but addiction is addiction...and being a pill doc is nothing new...it just exploded...and so sadly in rural areas with extreme unemployment..I am sure they were targeted...
Like · Reply · 35w

 **Craig Gold** And this is just one guy who got caught...this happens alot
Like · Reply · 35w   👍 17
↳ 6 Replies

 **Jay Clements** You cant arrest doctors for writing prescriptions or you will terrify other doctors of writing certain drugs. Doctors specialize. So a pain doctor will write lots of pain medicine. Either let them write prescriptions or don't.
Like · Reply · 35w

 **John McCarthy** Again, why not him practice medicine in prison. Save the taxpayers a bundle and reduce his sentence. A physician is a terrible thing to waste.
Like · Reply · 35w



**Mic** ✓
@MicMedia

Home
About
Videos
Mic Check Newsletter
Instagram feed
Photos
Events
**Posts**
Notes
Community

Create a Page

**John McCarthy** Again, why not him practice medicine in prison. Save the taxpayers a bundle and reduce his sentence. A physician is a terrible thing to waste.
Like · Reply · 35w

**Judy Huurman** Everyone is accusing the big pharma's of being at the root of the opioid epidemic, which, in part they are, but the doctors that continually prescribe these drugs are also a big part of the problem.
Like · Reply · 35w   👍 7

↳ 6 Replies

**Jennifer Mayes** For a back disability my father took icy for over 20 years. He never became addicted, never took more than prescribed by a responsible physician. Doctors like THIS guy make it so hard for patients who really need these types of drugs to get them. We co... See More
Like · Reply · 35w   👍 1

**James Finch** I have a doctor that really doesn't like giving out strong pain killers unless it's a severe pain issue, she usually just gives out Tylenol 3 w codeine or 800 mg ibuprofen.
Like · Reply · 35w

**Fay Huang** Sarah McLennan Tom Opperman Lovana Daniel "doctors prescribe oxycodone like they're smarties" my gosh
Like · Reply · 35w   👍 3

**Leonard Mozley** And I bet the insurance companies didn't notice anything strange about all those scripts, not one thing other then the bills being paid.
Like · Reply · 35w   👍 3

↳ 7 Replies

**Brad Denney** Why not do some research and arrest the people responsible for this?
Like · Reply · 35w   👍 1

↳ 2 Replies

**William Maddox** Explains a lot about that New York State of Mind they all sing about! Sing it Bette!
Like · Reply · 35w   👍 1



**Mic** ✓
@MicMedia

- Home
- About
- Videos
- Mic Check Newsletter
- Instagram feed
- Photos
- Events
- Posts
- Notes
- Community

**Create a Page**

 **Laura Ward** Good. Criminal.
Like · Reply · 35w

 **Lawrence Mccoy** and retirement begins....lol
Like · Reply · 35w

 **Bonnie R** Candy Man
Like · Reply · 35w

 **Jimmy Tazarac** United airline dragging Doctor did too, lol
Like · Reply · 35w

 **Doris Bostic** Good
Like · Reply · 35w

 **David Moore** Perdue Pharma, Jeff Vitter.
Like · Reply · 35w

 **Ariel Godoy** Dang
Like · Reply · 35w

 **Boxsah Bruce** That hypocritic oath...
Like · Reply · 35w

 **Adriana Woodward** Put his ass in jail
Like · Reply · 35w

 **William Lott** Is this a Dr in Elmira
Like · Reply · 35w

 **Ali Mubarak** Hange those people around workd
Like · Reply · 35w

Top Comments is selected, so some comments may have been filtered out.



**Mic** ✓
@MicMedia

- Home
- About
- Videos
- Mic Check Newsletter
- Instagram feed
- Photos
- Events
- **Posts**
- Notes
- Community

**Create a Page**

---

 **Cindy DeFronzo** So because the were addicts, they did not deserve pain control?
Like · Reply · 35w  👍 1
  ↪ 1 Reply

 **Denise Ennis** How about they get him really, really addicted and then take it away, just like that. No ease of discomfort.
Like · Reply · 35w  👍❤ 2

 **Emily Wilkinson** Try arresting the insurance companies too. They got him in their pocket
Like · Reply · 35w  👍 5

 **James Hopkins** Some doctors get paid more for giving out these prescriptions have read. Big pharma killing us slowly
Like · Reply · 35w  👍 1

 **Miranda R. Daniels** And this is exactly why we have the opioid epidemic that we have
Like · Reply · 35w  👍 5
  ↪ 1 Reply

 **Sherwin Tillahash** $10 - $15 a pill some people made a hell of a lot of money!
And, this is what the Doctor gets.
Like · Reply · 35w

 **Darren Domek** Where is a doctor like this when I need him?
Like · Reply · 35w  👍😂 6

 **Nathan Zuko** Just outlaw all opioids. They do nothing but cause addiction. We don't need anymore addicts.
Like · Reply · 35w · Edited
  ↪ 4 Replies

 **Dennis M. Cuellar** Finally the arrest of a real drug dealer......!!!!
Like · Reply · 35w · Edited

 **Heidi Koressel** Hes a "legal" drug dealer! 👍😮 4
Like · Reply · 35w



**Mic** ✓
@MicMedia

- Home
- About
- Videos
- Mic Check Newsletter
- Instagram feed
- Photos
- Events
- **Posts**
- Notes
- Community

[Create a Page]

 **Be The Best** The 3 Week Diet is an extreme rapid weight loss program that can help you lose up to 23 pounds of pure body fat in just 3 weeks — all body fat — faster than anything else you've ever tried...please Visit our page and learn more ❤️
Like · Reply · 35w

 **Terri Watts Denman** Most likely received" bonuses" from pharmaceutical companies
Like · Reply · 35w                                                    1

 **Janet Blackwell**

Like · Reply · 35w

 **Polly T. Strife** How did the number of unnecessary scripts get THAT high before it was picked up?
Like · Reply · 35w

 **Alison Chillemi** One down, lots more to go
Like · Reply · 35w

 **Robert Schaffert** My kind of doctor Scott Hedley lol
Like · Reply · 35w

 **Ruth Roberts** Dang, I guessed he was from WV.
Like · Reply · 35w

 **Leonard Mozley** How many died at the hands of this one
Like · Reply · 35w                                                    1

 **Rebecca Moreno** Thank God they caught this monster! All about the money!
Like · Reply · 35w

 **Suzanne Brown** Furious
Like · Reply · 35w

 **Monte Funnye** big BIG Pharma...$$$$$
Like · Reply · 35w



**Mic** ✓
@MicMedia

Home
About
Videos
Mic Check Newsletter
Instagram feed
Photos
Events
Posts
Notes
Community

Create a Page

 **Albertson Adolphus Hardware** It's about time
Like · Reply · 35w

 **Racheal Renae** Count Dracula?
Like · Reply · 35w

 **Carrie Homa- Lombard** My Dr won't even give out antibiotics !
Like · Reply · 35w

 **Win Nichols** Hence...the problem
Like · Reply · 35w

 **John Rodriguez** Um why is ice there?
Like · Reply · 35w

 **Ed Houston** real face of a dope dealer
Like · Reply · 35w

 **Vijay Tulsee** Let's see how much time this drug dealer gets
Like · Reply · 35w

 **Andrea Holt** Legal drug dealers. Big Pharma this is for you 👆
Like · Reply · 35w

 **Grant Redonn** obviously selling or a kind drug dealer to addicts.
Like · Reply · 35w

 **Tim Smith** Enjoy jail, asshole.
Like · Reply · 35w

 **Laura Ward** Good. Criminal.
Like · Reply · 35w

 **Lawrence Mccoy** and retirement begins....lol
Like · Reply · 35w

 **Bonnie R** Candy Man
Like · Reply · 35w

 **Jimmy Tazarac** United airline dragging Doctor did too, lol
Like · Reply · 35w