# CREIZMAN LLC

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*By ECF and
courtesy copy by Federal Express*

December 3, 2017

The Honorable Sterling Johnson Jr.
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 110

    **Re:**    *United States v. Martin Tesher,* **Docket No. 17-CR-523 (SJ)**

Dear Judge Johnson:

    Enclosed is a courtesy copy set of our papers filed electronically in support of Martin Tesher's motion for an Order permitting the use of a juror questionnaire in the trial of this case pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, and the Fifth and Sixth Amendments to the United States Constitution.

Respectfully submitted,

*/s/* Eric M. Creizman
Eric Creizman (EC-7684)


cc:    Jennifer Sasso, Esq. (by ECF)
        Assistant United States Attorney


Enclosures